**FORM 104 (10/06)**

| ADVERSARY PROCEEDING COVER SHEET | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>Linda S. Payne, Chapter 7 Trustee | **DEFENDANTS**<br>Simba Ventures Holdings.., et al.<br>(See attached) |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Mark A. Weisbart<br>The Law Offices of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, Texas 75251 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>__ Debtor  __ U.S. Trustee/Bankruptcy Admin<br>__ Creditor  __ Other<br>_x_ Trustee | **PARTY** (Check One Box Only)<br>__ Debtor  __ U.S. Trustee/Bankruptcy Admin<br>__ Creditor  _x_ Other<br>__ Trustee |

**CAUSE OF ACTION** (Write a brief statement of cause of action, including all U.S. Statutes Involved)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(4) - Objection/Revocation of Discharge**
__ 41-Objection / Revocation of Discharge - §727(c),(d),(e)

**FRBP 7001(1) - Recovery of Money/Property**
__ 11-Recovery of money/property - §542 turnover of property
_x_ 12-Recovery of money/property - §547 preference
_x_ 13-Recovery of money/property - §548 fraudulent transfer
_x_ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
__ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
__ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(5) - Revocation of Confirmation**
__ 51-Revocation of Confirmation

**FRBP 7001(6) - Dischargeability**
__ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
__ 62-Dischargeability - §523(a)(2), false pretenses,false representation,actual fraud
__ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
__ 61-Dischargeability - §523(a)(5), domestic support
__ 68-Dischargeability - §523(a)(6),willful and malicious injury
__ 63-Dischargeability - §523(a)(8), student loan
__ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
__ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
__ 71-Injunctive relief - reinstatement of stay
__ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
__ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
__ 91-Declaratory Judgment

**FRBP 7001(10) Determination of Removed Action**
__ 01-Determination of removed claim or cause

**OTHER**
__ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
__ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| __ Check if this case involves a substantive issue of state law | __ Check if this is asserted to be a class action under FRBC 23 |
|---|---|
| __ Check if a jury trial is demanded in complaint | Demand  $10,475,635 |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Integra Hospital Plano, LLC | | BANKRUPTCY CASE NO.  08-42998 |
| DISTRICT IN WHICH CASE IS PENDING:  Eastern | DIVISIONAL OFFICE:  Sherman | NAME OF JUDGE:  Rhoades |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)
/s/ Mark A. Weisbart

| DATE  November 4, 2010 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Mark A. Weisbart |
|---|---|

**SIMBA VENTURES HOLDINGS, LTD.,**
**SIMBA VENTURES GP, LLC,**
**DAVID LEBLANC, HEDY LEBLANC,**
**CRL FAMILY TRUST,**
**WHITAKER FAMILY TRUST,**
**WEL FAMILY TRUST,**