IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| INTEGRA HOSPITAL PLANO, § | Case No. 08-42998 | |
| LLC § | Chapter 7 | |
| Debtor. § | | |
| § | | |
| LINDA PAYNE, TRUSTEE § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Adversary No. 10-04243 | |
| § | | |
| SIMBA VENTURES HOLDINGS, LTD, § | | |
| SIMBA VENTURES GP, LLC, § | | |
| DAVID LEBLANC, HEDY LEBLANC, § | | |
| CRL FAMILY TRUST, § | | |
| WHITAKER FAMILY TRUST, § | | |
| WEL FAMILY TRUST, § | | |
| § | | |
| Defendants. § | | |

## STIPULATION

**TO THE HONORABLE BRENDA T. RHOADES,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

LINDA S. PAYNE, Chapter 7 Trustee ("Trustee") for Integra Hospital Plano, LLC ("IHP" or "Debtor") and the above-named defendants ("Defendants") hereby stipulate as follows:

1. The Trustee filed her Second Amended Complaint in the above referenced adversary proceeding on January 12, 2011.

2. Defendants' answer date was originally February 14, 2011.

3. The parties previously stipulated and agreed to extend such answer date to March 4, 2011.

4. The parties have now stipulated that the Defendants shall file and serve their responses to the Second Amended Complaint on or before March 31, 2011.

Respectfully submitted,

/s/ *Stefanie M. Klein*
Frank Hill
Texas Bar No. 09632000
Greg Westfall
Texas Bar No. 00788646
Stefanie M. Klein
Texas Bar No. 11565650
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, TX 76013
(817) 261-2222
FHill@hillgilstrap.com
GWestfall@hillgilstrap.com
sklein@hillgilstrap.com

COUNSEL FOR DEFENDANTS


/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, Texas 75251
Tel: (972) 628-3694
Fax: (972) 628-3687
weisbartm@earthlink.net

COUNSEL FOR PLAINTIFF